UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| NAVARIUS SAVELL WESTBERRY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-545-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| PAM D. PERLMAN and | ) | **JUDGMENT** |
| WILLIAM SWINFORD, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Navarius Westberry's Complaint [Record No. 1] is **DISMISSED**, with prejudice, with respect to all issues raised in this proceeding.

2. Judgment is entered in favor of Defendants.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: October 23, 2018.

Signed By:
*Danny C. Reeves*
United States District Judge